UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIE J. WARREN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Nos: 3:02-cr-131 |
| ) | 3:07-cv-467 |
| ) | *Judge Jordan* |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion for extension of time is **GRANTED**, petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** the petitioner leave to proceed in forma pauperis on appeal.

    **ENTER:**

                                                           s/ Leon Jordan
                                           United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
     CLERK OF COURT